# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| AYANNA VICTORIA SMITH, | CASE NO. 3:16-cv-01212-GPC-NLS |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | [Dkt. No. 2] |
| Defendant. | |

On May 19, 2016, Plaintiff Ayanna Victoria Smith ("Plaintiff") filed a motion to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a). (Dkt. No. 2.) All proceedings filed with the District Court require a filing fee unless the Court grants IFP status, waiving the fee. Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999). Under 28 U.S.C. § 1915(a), the Court may waive the filing fee if a party demonstrates an inability to pay by submitting an affidavit reporting all assets of the individual. 28 U.S.C. § 1915(a).

Here, Plaintiff submitted a declaration reporting that she is not presently employed and has not worked since 2009. She states that she receives $459.00 per month in Food Stamps and child support ranging between $600 to $1126 per month. Plaintiff reports having $103.00 in a checking account. She does not own a car or any real estate, stocks, bonds, securities or other valuable property. She supports three children. Her current obligations include $214 for rent, $100 to $150 for utilities and

1 $40 to $100 for miscellaneous expenses for her children.  She does not have any other
2 debts or any other assets.
3      In consideration of Plaintiff's application, she has sufficiently demonstrated that
4 she is unable to pay the required filing fee and meets the requirements to proceed IFP.
5 Therefore, the Court **GRANTS** Plaintiff's motion to proceed IFP.
6      **IT IS SO ORDERED.**
7
8 DATED: May 24, 2016
9
10                         HON. GONZALO P. CURIEL
                        United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28